UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.            Case No.

APPROXIMATELY $35,044.00 IN UNITED
STATES CURRENCY,

    Defendant.

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### Nature of the Action

1. This is a civil action to forfeit property to the United States of America for violations of 21 U.S.C. § 841(a)(1).

### The Defendant In Rem

2. The defendant property, approximately $35,044.00 in United States currency, was seized on or about August 29, 2018, from Isiah Joiner at or near 3XXX N. 33rd Street, Milwaukee, Wisconsin. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

5. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

6. The defendant property, approximately $35,044.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

7. Heroin is a Schedule I controlled substance under 21 U.S.C. § 812.

8. Fentanyl is a Schedule II controlled substance under 21 U.S.C. § 812.

**June 7, 2017 motor vehicle collision involving Isiah Joiner**

9. On June 7, 2017, at approximately 1:20 a.m., Milwaukee Police officers were dispatched to a motor vehicle accident with person injuries near the intersection of N. 27th Street and W. Locust Street in Milwaukee, Wisconsin.

10. At the scene, officers interviewed Isiah Joiner, the driver of one of the two vehicles involved in the accident. Isiah Joiner was the sole occupant and owner of that vehicle.

11. Isiah Joiner was transported to a local hospital for medical treatment.

12. Officers conducted an inventory search of Isiah Joiner's vehicle.

13. Inside Isiah Joiner's vehicle on June 7, 2017, were the following:

    A. A loaded firearm with one bullet in the chamber and 20 bullets in the extended magazine.

    B. A bag containing about 17 individual smaller baggies of heroin, with a total weight of approximately 5.07 grams of heroin.

    C. Approximately $1,242 in United States currency, which is not the defendant property in this case.

**Isiah Joiner's 2017 state drug charges**

14. On or about June 20, 2017, Isiah Joiner was charged in Milwaukee County Circuit Court, Case No. 17CF2743, with possession of heroin with intent to deliver for the June 7, 2017 offense.

15. On or about January 3, 2018, in Case No. 17CF2743, Isiah Joiner pleaded guilty to possession of narcotic drugs, a felony offense.

16. On or about January 31, 2018, at the sentencing hearing in Case No. 17CF2743, Isiah Joiner was sentenced to two years of probation.

17. At the sentencing hearing, the Court also ordered, among other things, that Isiah Joiner was not to possess a controlled substance without a valid prescription, was not to possess more than $500 in cash, was not to possess more than one cell phone, and was not to possess firearms, ammunition, or magazines.

**August 29, 2018 arrest of Isiah Joiner**

18. On one or more occasions in at least May 2018, July 2018, and August 2018, Isiah Joiner conducted drug transactions from his Mazda vehicle bearing Wisconsin license plate number ABR5XXX (the "Mazda").

19. On August 29, 2018, officers arrested Isiah Joiner while he was parked in his Mazda in the area of 1900 S. 37th Street, Milwaukee, Wisconsin.

3

20. Inside Isiah Joiner's Mazda at the time of his arrest were the following:

   A. A bag containing about 64 individual smaller baggies, each containing a substance of heroin and fentanyl, with a total weight of approximately 19.44 grams of heroin and fentanyl.

   B. A total of $943 in United States currency, which is not included in the defendant property in this case and was returned to Isiah Joiner.

   C. Two cell phones – one being the phone that Isiah Joiner used to arrange his drug transactions, having a telephone number of 414-759-4XXX ("drug phone"), and the other being Isiah Joiner's personal phone.

   D. Identifiers and an insurance card in the name of Isiah Joiner.

**August 29, 2018 execution of search warrant at Isiah Joiner's residence**

21. On August 29, 2018, after Isiah Joiner's arrest, officers executed a search warrant at the residence of Isiah Joiner, 3XXX N. 33rd Street, Milwaukee, Wisconsin ("Joiner residence").

22. Present at the Joiner residence during execution of the search warrant were Isiah Joiner's twin brother and two minor children.

23. Below are some of the items inside Isiah Joiner's bedroom on August 29, 2018.

   A. Approximately $35,044 in United States currency was in the dresser, which currency is the defendant property in this case.

      i. A drug dog alerted to the dresser before officers found the $35,044.

      ii. The $35,044 was in the top right drawer of the dresser and on the floor of the dresser after all the drawers had been pulled out.

      iii. Denominations of the $35,044 were 75-$100 bills, 176-$50 bills, 909-$20 bills, 1-$2 bill, and 562-$1 bills.

   B. On an end table next to the bed were two digital scales, razor blades, a box of baggies, and an iPad tablet with heroin residue.

   C. A third digital scale was in a dresser drawer.

   D. A fourth digital scale was in a shoe box.

E. Two 40-caliber magazines and a total of about 17 rounds of ammunition were in a dresser drawer.

F. Identifiers and insurance documents in the name of Isiah Joiner were in dresser drawers.

**August 29, 2018 mirandized statement of Isiah Joiner**

24. On August 29, 2018, Isiah Joiner was mirandized and agreed to speak with officers.

25. In a recorded statement, Isiah Joiner ("Joiner") stated the following:

　　A. Joiner is unemployed and lives at the Joiner residence.

　　B. Joiner had about 20 grams of heroin in his Mazda on August 29, 2018.

　　　　i. Joiner is the only person who drives the Mazda.

　　　　ii. The heroin was packaged in about 0.3 gram corner tears, and Joiner intended to sell the corner cuts for $30 each.

　　C. Joiner makes decent money from selling heroin.

　　D. Joiner has about eight heroin customers, who usually call him to set up drug deals but sometimes text Joiner's "drug phone."

　　E. Joiner has been selling heroin for about two years.

　　F. Heroin is the only drug Joiner sells.

　　G. Joiner normally picked up 25 grams of heroin for $2,000 from his supplier twice per week. The most Joiner picked up at one time was 100 grams for $8,000.

　　H. Joiner would sell 25 grams of heroin in about two and one-half days.

　　I. Joiner paid $80-$85 per gram for the heroin and made around $20 profit per gram.

　　J. Joiner had a "drug phone" and a personal phone in his Mazda on August 29, 2018.

　　K. Joiner typically conducted his drug deals from his car.

　　L. Joiner used an old iPad for his table to cut drugs in his bedroom.

      M.      No one else in the Joiner residence sold heroin.

      N.      When asked about money in the Joiner residence, initially Joiner only said that he had a big piggy bank with coins and had about $1,000 in his top dresser drawer.

      O.      When an officer confronted Joiner about other money found at the Joiner residence, Joiner then admitted that he had about $34,000 under his dresser.

            i.      The money was proceeds he had been saving over two years.

            ii.      Joiner was hoping police would not find the money.

            iii.      Joiner put all his profits, which was about $500 from every 25 grams of heroin, underneath the dresser.

            iv.      Joiner agreed that he made approximately $52,000 a year off selling drugs since he profited about $1,000 per week.

      P.      Joiner is currently on probation for possession of heroin.

      Q.      After Joiner was arrested last year, he took about six months off from dealing drugs but went back because he needed money.

**Isiah Joiner's 2018 state drug charges**

26. On September 18, 2018, Isiah Joiner was charged in Milwaukee County Circuit Court, Case No. 18CF4436, with possession of heroin with intent to deliver.

27. On February 5, 2019, Isiah Joiner pleaded guilty in Case No. 18CF4436 to possession of heroin with intent to deliver.

28. A sentencing hearing is scheduled for March 6, 2019.

### Administrative Forfeiture Proceedings

29. The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings on the approximately $35,044.00 in United States currency as money that was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

6

Case 2:19-cv-00198-DEJ   Filed 02/07/19   Page 6 of 9   Document 1

30. On or about November 20, 2018, Isiah Joiner filed a claim to the defendant property, approximately $35,044.00 in United States currency, with the DEA in the administrative forfeiture proceedings.

**Warrant for Arrest In Rem**

31. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

32. The plaintiff alleges and incorporates by reference the paragraphs above.

33. By the foregoing and other acts, the defendant property, approximately $35,044.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

34. The defendant approximately $35,044.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $35,044.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 7th day of February, 2019.

        Respectfully submitted,

        MATTHEW D. KRUEGER
        United States Attorney

By:    s/SCOTT J. CAMPBELL
        SCOTT J. CAMPBELL
        Assistant United States Attorney
        Scott J. Campbell Bar Number: 1017721
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: scott.campbell@usdoj.gov

## Verification

I, Nick T. Stachula, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the High-Intensity Drug Trafficking Area (HIDTA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 7 through 28 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with HIDTA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 2/6/19                                s/NICK T. STACHULA
                                            Nick T. Stachula
                                            Task Force Officer

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
APPROXIMATELY $35,044.00 IN UNITED STATES CURRENCY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202  (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 02/07/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-00198-DEJ   Filed 02/07/19   Page 1 of 1   Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                      Case No.

APPROXIMATELY $35,044.00 IN UNITED
STATES CURRENCY,

        Defendant.

---

**WARRANT FOR ARREST IN REM**

---

To:    THE UNITED STATES MARSHAL
         Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 7th day of February, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $35,044.00 in United States currency, which was seized on or about August 29, 2018, from Isiah Joiner at or near 3XXX N. 33rd Street, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this ____ day of _____, 2019, at Milwaukee, Wisconsin.

                        STEPHEN C. DRIES
                        Clerk of Court

        By:

                        _____
                        Deputy Clerk

## **Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____